UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSALINDA VILLAPUDUA, | ) | Case No. 1:18-CV-01465-LJO-EPG |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____) | | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 32 Days to July 26, 2019, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order. The defendant's response will be due on or before August 26, 2019. The parties further stipulate that the Court's Scheduling Order be modified accordingly.

IT IS SO ORDERED.

Dated: **June 24, 2019**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

Date: June 19, 2019					JACQUELINE A. FORSLUND
							Attorney at Law


							*/s/Jacqueline A. Forslund*
							JACQUELINE A. FORSLUND

							Attorney for Plaintiff


Date: June 20, 2019					MCGREGOR W. SCOTT
							United States Attorney
							DEBORAH STACHEL
							Regional Chief Counsel, Region IX
							Social Security Administration

							*/s/Sharon Lahey*
							SHARON LAHEY
							Special Assistant United States Attorney
							*By email authorization

							Attorney for Defendant

						ORDER

APPROVED AND SO ORDERED