UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINDA VILLAPADUA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01465-LJO-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 23) |

This matter is before the Court on Plaintiff's complaint for judicial review of an unfavorable decision by the Commissioner of the Social Security Administration regarding her application for Disability Insurance Benefits and Supplemental Security Income.

On December 18, 2019, after a hearing on December 3, 2019, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that the decision of the Commissioner of Social Security be affirmed and that the Clerk of Court be directed to close the case. (ECF No. 23.)

Plaintiff filed objections to the findings and recommendations on January 8, 2020. (ECF No. 24.) Defendant filed a response to Plaintiff's objections on January 21, 2020. (ECF No. 25.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this matter. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on December 18, 2019 (ECF No. 23.) are ADOPTED IN FULL;
2. The decision of the Commissioner of Social Security is AFFIRMED; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 30, 2020**         /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE